UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA
against

(Alias) _JERSON LANO_

Please PRINT Clearly

_07 Mag. 426_
DOCKET NO. ASSIGNED
JUDGE OR MAGISTRATE JUDGE

NOTICE OF

APPEARANCE

TO:    JAMES M. PARKISON, CLERK

SIR:    YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE
ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS  (Please check one)

1. [  ] CJA     2. [ X ] RETAINED      3. [  ] PUBLIC DEFENDER (Legal Aid)

ADMITTED TO PRACTICE IN THIS COURT  [  ] NO    [ x ] YES - IF YES GIVE YOUR DATE OF
ADMISSION. MO. __June__  YR. _1974_

I DO HEREBY CERTIFY THAT I HAVE FILED OR WILL FILE A CERTIFICATE OF GOOD STAN-
DING FROM THE __NEW YORK__ STATE COURT, PURSUANT TO CRIMINAL RULE 1 OF THE
LOCAL RULES FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK.

DATED: NEW YORK, NEW YORK
March 28, 2007

SIGNATURE _____
PRINT THE FOLLOWING INFORMATION CLEARLY

_Lawrence M. Herrmann_
Attorney for Defendant

_____
Firm name if any

_37-51 76th Street_
Street address

_Jackson Heights, New York  11372_
City                    State            Zip

_(718) 779-6630_
Telephone No

NOTE:  PLEASE COMPLETE THIS NOTICE OF APPEARANCE AND SUBMIT TO THE CLERK.
SNY CR. FORM REV. 0186