UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

|  | x |  |
| --- | --- | --- |
| **UNITED STATES,** | : | 07 MAG. 426 |
| v. | : |  |
| **JERSON CANO** | : |  |
| Defendant. | : |  |
|  | x |  |

### DECLARATION OF MICHAEL S. KIM
### IN SUPPORT OF MOTION OF KOBRE & KIM LLP
### TO WITHDRAW AS COUNSEL

MICHAEL S. KIM, pursuant to 28 U.S.C. § 1746, hereby declares under the penalties of perjury that the following statements are true and correct:

1. I am an attorney duly admitted to practice before the courts of the State of New York and before this Court. I am a member of the firm of Kobre & Kim LLP. I am also a member of the United States District Court for the Southern District of New York's Panel for Private Attorneys under the Criminal Justice Act ("CJA").

2. I submit this declaration in support of Kobre & Kim LLP's request to withdraw as counsel from this case.

3. On March 20, 2007, I was assigned the CJA representation of the Defendant Jersen Cano in the above captioned case. Leif T. Simonson, an associate of Kobre & Kim LLP acting under my supervision, also noticed his appearance on Mr. Cano's behalf in this case. Both my appearance and Mr. Simonson's appearance were entered on March 21, 2007.

4. We understand that, since then, Mr. Cano's family retained Andrew Friedman, Esq. to act as counsel for Mr. Cano. We discussed this with both Mr. Friedman and Mr. Cano and understand from both of them that Mr. Cano wishes Mr. Friedman, and not Kobre & Kim LLP, to act as his attorney.

5. On March 27, 2007, Mr. Friedman filed a notice of appearance as counsel for Mr. Cano.

6. According to the docket in this case as of March 29, it appears that my representation of Mr. Cano was "terminated" coincident with the entry of Mr. Friedman's appearance. Nevertheless, the docket continues to list Mr. Simonson as counsel of record.

7. Therefore, I respectfully request that the Court permit Kobre & Kim LLP (both Michael S. Kim and Leif T. Simonson, of counsel) to withdraw from this matter.

8. I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 29, 2006
New York, New York

                                                    Michael S. Kim (MK-0308)
                                                  Kobre & Kim LLP
                                                  800 Third Avenue
                                                  New York, New York 10022
                                                  212.488.1200

SO ORDERED:

_____
Hon. James C. Francis IV
United States Magistrate Judge
Southern District of New York