# Lawrence M. Herrmann

Attorney at Law
37-51 76th Street
Jackson Heights, New York 11372
Tel. (718) 779-6630
Fax (718) 565-7278

MEMBER
N.Y. AND CT BAR

CT Juris No. 303368

April 3, 2007

E-FILE

Hon. James C. Francis IV
U.S. Magistrate Judge
U.S. District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    Modification of Bail Order
               U.S. v. Jerson Cano
               1:07 mj-426

Dear Judge Francis:

      Without objection by Assistant U.S. Attorney Arlo Devlin-Brown, I hereby request an extension of one week from date for the signature of the third financially responsible person and the posting of the property as security.

      The third surety, Marcelo Sanz, the husband of surety-signatory Gloria Marulanda, resides in Kissimmee, Florida and is obtaining and forwarding documents this week, to include mortgage status letters and an appraisal of his home at 2948 Langdon Lane South, Kissimmee, Florida 34741. Also, an Orlando Attorney Emanuel Moore, Esq. has agreed to prepare the necessary mortgage in favor of the Government and record same.

      The bond will have to be sent to the U.S. Magistrate Judge in Orlando, Florida for Mr. Sanz' signature.

                                                Respectfully,

                                               Lawrence M. Herrmann