► ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x
UNITED STATES OF AMERICA        :
                                :   NOTICE OF INTENT
     v.                         :   TO FILE AN INFORMATION
                                :
JERSON CANO                     :   07 Cr. ___
                                :
          Defendant.            :
---------------------------------x

**07 CRIM. 553**

Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:

New York, NY

                              MICHAEL J. GARCIA
                              United States Attorney

                         By:  _____
                              Arlo Devlin-Brown
                              Assistant United States Attorney

                              AGREED AND CONSENTED TO:

                         By:  _____
                              Lawrence Herrmann, Esq.
                              Attorney for Defendant

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/7/07

*Judge Jones* (stamp)

6/7/07 WHEEL A