Case 1:07-cr-00553-BSJ    Document 19    Filed 06/18/2007    Page 1 of 1

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
UNITED STATES OF AMERICA            :       WAIVER OF INDICTMENT
             - v. -                 :
                                            07 Cr. ___ (BSJ)
JERSON CANO,                        :
                                            07 CRIM 553
             Defendant.             :
------------------------------------x
```

The above-named defendant, who is accused of violating Title 21, United States Code, Sections 812, 841(a)(1), 841(b)(1)(A) & 846, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by Information instead of by Indictment.

JUDGE JONES

_____
JERSON CANO
Defendant

_____
Witness

_____
Lawrence Herrmann, Esq.
Counsel for Defendant

Date: New York, New York
      June 18, 2007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 18 2007