**U.S. Department of Justice**



*United States Attorney*
*Southern District of New York*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/2007 JT

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 19, 2007

**By Facsimile**

Honorable Barbara S. Jones
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007
(212) 805-6191

Re:   United States v. Jerson Cano, 07 Cr. 553 (BSJ)

Dear Judge Jones:

The Government and defense are engaged in plea discussions with respect to the above matter. Your courtroom deputy suggested today that the conference could be adjourned until September 14, 2007 at 2:30.

Should the Court grant such an adjournment, the Government, with consent of the defendant, moves to exclude time under 18 § 3161(h)(8)(A) until September 14, 2007. The parties are engaged in plea discussions, and such an adjournment will provide an opportunity to continue those discussions. The Government submits that such an exclusion is in the interests of justice and outweighs the needs of the defendant and public in a speedy trial. The defendant consents to this request.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By:    *[signature]*
Arlo Devlin-Brown
(212) 637-2506
Assistant United States Attorney

cc:   Lawrence Herrmann, Esq.
      Attorney for Defendant
      (by facsimile)

---

*Handwritten annotation:*

Application granted. A pretrial conference will be held on September 14, 2007 at 2:30PM. In the interest of justice for the reason stated below, speedy trial time is excluded from July 20, 2007 to Sept. 14, 2007 pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED
Dated: 7/20/07
*[signature]* BARBARA S. JONES
U.S.D.J.