*Lawrence M. Herrmann*
Attorney at Law
37-31 76th Street
Jackson Heights, New York 11372
Tel. (718) 779-6630
Fax (718) 565-7278

MEMBER
N.Y AND CT BAR

CT Juris No. 303368

August 24, 2007

Honorable Barbara S. Jones
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/07 dc

Re:   U.S. v. Jerson Cano
      07 Cr. 553 (BSJ)

Dear Judge Jones:

I represent defendant Jerson Cano. He asks that you expand his release limits from August 31, 2007 to Sept 2, 2007 to be able to travel to New Jersey to a Religious Convention that is going to be in Ritz Theater 1148 East Jersey St, Elizabeth, NJ 07201, and the address of the hotel where he is going to stay is Hilton Hotel 1170 Spring St., Elizabeth, NJ 07201.

AUSA Arlo Devlin-Brown (he is on Trial) does not object. US PreTrial Services Officer Xiomara Rojas informed defendant that he must seek permission from the Court.

Respectfully,

Lawrence M. Herrmann

cc.   AUSA Arlo Devlin-Brown
      (Fax: 212-637-2390)

      USPTSO Xiomara Rojas
      (Fax: 212-805-4172)

Application granted. Defendant's bail conditions are modified to allow him to travel to New Jersey from August 31, 2007 to September 2, 2007. All other bail conditions remain unchanged.

SO ORDERED
Dated: 8/30/07
BARBARA S. JONES
LAURA TAYLOR SWAIN U.S.D.J.