


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/13/07

## Lawrence M. Herrmann

Attorney at Law
37-51 76th Street
Jackson Heights, New York 11372
Tel. (718) 779-6630
Fax (718) 565-7278

MEMBER
N.Y. AND CT BAR

CT Juris No. 303368

September 4, 2007

Hon. Barbara S. Jones
U.S. District Judge
U.S. District Court
Southern District of New York
500 Pearl Street
New York, New York 10007



RECEIVED
CHAMBERS OF
BARBARA S. JONES
U.S.D.J.

    Re:    U.S. v. Jerson Cano
             07CR 553 (BSJ)

Dear Judge Jones:

    Inadvertently, I did not notice that the adjourned date for the above-titled case is Sept. 14, 2007 at 2:30. Sept. 14 is the second day of Rosh Hashanah, a day on which I choose not to work for religious reasons.

    I have so advised AUSA Arlo Devlin-Brown by voicemail. I have also requested a plea agreement so that a change of plea may be scheduled. Please adjourn the Sept. 14 status conference to Sept. 26 or a date in October.

                                      Respectfully,

                                      Lawrence M. Herrmann

cc:    AUSA Arlo Devlin-Brown

*Application granted. The pretrial conference is adjourned to September 26, 2007 at 3PM. In the interest of justice for the reason stated above, speedy trial time is excluded from September 14, 2007 to September 26, 2007 pursuant to 18 U.S.C. § 3161(h)(8)(A).*

SO ORDERED
Dated: 9/12/07
BARBARA S. JONES
U.S.D.J.