

# Lawrence M. Herrmann
Attorney at Law
37-51 76th Street
Jackson Heights, New York 11372
Tel. (718) 779-6630
Fax (718) 565-7278

MEMBER
N.Y. AND CT BAR

CT Juris No. 303368

January 16, 2008

Honorable Barbara S. Jones
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    U.S. v. Jerson Cano
            07 CR 553 (BSJ)

Dear Judge Jones:

    I represent defendant Jerson Cano. He asks that you expand his release limits again from February 8, 2008 to February 10, 2008 to be able to travel to New Jersey to a Religious Spiritual Retreat in Liberty Corner, New Jersey. The invitation is enclosed.

    I presume AUSA Arlo Devlin-Brown (who is home sick) does not object. US PreTrial Services Officer Xiomara Rojas informed defendant that he must seek permission from the Court.

    Respectfully,

    Lawrence M. Herrmann

cc:    AUSA Arlo Devlin-Brown
       (Fax 212-637-2390)

       USPTSO Xiomara Rojas
       (Fax 212-805-4172)

So Ordered:

U.S. ~~Magistrate~~ Judge DJ

1/24/08