*Lawrence M. Herrmann*

Attorney at Law
37-51 76th Street
Jackson Heights, New York 11372
Tel. (718) 779-6630
Fax (718) 565-7278

MEMBER
N.Y. AND CT BAR

CT Juris No. 303368

March 28, 2008

Hon. Barbara S. Jones
United State District Judge
U.S. District Court
Southern District of New York
500 Pearl Street
New York, New York 10007



Re:     U.S. v. Jerson Cano
        07 CR 553 (BSJ)

Dear Judge Jones

        I am informed by U.S. Probation Officer Assistant Pamela Perea that the designation process for Jerson Cano may not be completed before the surrender date of April 4, 2008. At her suggestion, I hereby request an extension of the surrender date to April 19, 2008.
        If this request is endorsed so ordered, I will fax a copy to USPOA Perea at 212-805-0047 for transmission to the U.S. Bureau of Prisons. Assistant U.S. Attorney Arlo Devlin Brown does not object.

                        Respectfully

                        Lawrence M. Herrmann

cc.     AUSA Arlo Devlin Brown.
        USPOA Pamela Perea.

Application Granted

SO ORDERED
Dated:
                        BARBARA S. JONES
                        U.S.D.J.
                        4/2/08