UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                    :
UNITED STATES OF AMERICA
                                    :
           -v.-                         ORDER OF FORFEITURE
                                    :
JERSON CANO,                            07 Cr. 553 (BSJ)
                                    :
           Defendant.
                                    :
- - - - - - - - - - - - - - - - - -x

  WHEREAS, on or about June 18, 2007, JERSON CANO (the "Defendant"), was charged in a one-count Information 07 Cr. 553 (BSJ) (the "Information") with unlawfully, intentionally, and knowingly participating in a conspiracy to distribute, a controlled substance, to wit, one kilogram and more of mixtures and substances containing a detectable amount of heroin, in violation of Title 21, United States Code, Sections 812, 841(a)(1) and 841(b)(1)(A);

  WHEREAS, the Information included a forfeiture allegation seeking, pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the said violations and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Count One of the Information, including but not limited to, a sum of money equal to approximately $62,955.00 in United States currency, representing the amount of proceeds obtained as a result of the offenses charged in the Indictment;

WHEREAS, on or about March 19, 2007, the Drug Enforcement Administration (the "DEA") agency seized assets totaling $62,955.00 in United States currency (the "Subject Property") from the defendant Jerson Cano;

WHEREAS, no claim to the Subject Property has been filed by the Defendant or any other person;

WHEREAS, on or about in September of 2007, the Subject Property was forfeited by DEA pursuant to DEA's administrative forfeiture authority;

WHEREAS, it was agreed that the defendant will fully satisfy his forfeiture obligations under the Information by the administrative forfeiture of the Subject Property;

WHEREAS, on or about February 22, 2008, the defendant was sentenced and a forfeiture money judgment in the amount of $62,955.00 in United States Currency was entered, representing the amount of proceeds obtained as a result of the offenses charged in the Information;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. As a result of the offenses in the Information, a money judgment in the amount of $62,955.00 shall be entered against the Defendant. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, this Order of Forfeiture shall be final as to the defendant, JERSON CANO and shall be made part of the sentence

of the defendant, and shall be included in the judgment of conviction therewith.

    2. The administrative forfeiture of the Subject Property is in full satisfaction of the money judgment entered against the defendant.

    3. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

    4. The Clerk of the Court shall forward four certified copies of this Order to Assistant United States Attorney, Sharon Cohen Levin, One St. Andrew's Plaza, New York, New York 10007.

Dated: New York, New York
      February 22, 2008

                      SO ORDERED:

                      _____
                      HONORABLE BARBARA S. JONES
                      UNITED STATES DISTRICT JUDGE