```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA,           :
                                    :
            v.                      :   07 Cr. 553(BSJ)
                                    :
JERSON CANO,                        :   ORDER
                                    :
                  Defendant.        :
------------------------------------X
```

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

The Clerk of the Court is directed to strike document number 29, entitled "Motion for Sentence Adjustment," from the docket in the above-captioned case.

**SO ORDERED:**

_____
BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

Dated:   New York, New York
         June 4, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/5/08
```